## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MARSHALL MANTEL,<br>Plaintiff<br><br>V.<br><br>INTERNET ROI, INC.<br>Defendant | Docket No: 19-10092 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Internet ROI, Inc., states that:

(i) Defendant has no parent corporation; and (ii) no publicly held corporation owns 10% or more of an ownership interest in Defendant.

        Respectfully submitted,
        Internet ROI, Inc.,
        By its attorneys,

        /s/ Robert F. Lynch, Jr.
        Jenifer M. Pinkham, Esquire (BBO #658031)
        Robert F. Lynch, Jr., Esquire (BBO #696362)
        PHIFER PINKHAM, LLC
        1900 Crown Colony Drive, Suite 309
        Quincy, MA 02169
        617-409-7409
        617-479-1199
        jpinkham@pandpllc.com
        rlynch@pandpllc.com

Dated: March 29, 2019.

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 29, 2019.

/s/ Robert F. Lynch Jr.
Robert F. Lynch Jr.